IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


| | |
|---|---|
| RONALD DAVID MALONE,         )<br><br>    Plaintiff,            )<br><br>    v.                      )<br><br>CITY OF DOTHAN and      )<br>BOBBY RAHAL, Mayor,     )<br><br>    Defendants.        ) | CIVIL ACTION NO.<br>1:13cv608-MHT<br>(WO) |

OPINION

Plaintiff filed this lawsuit complaining, essentially, that his property was taken in violation of state law. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.  Plaintiff's complaint belongs in state court not federal court.  While

he cites to various provisions of the U.S. Constitution,

the basis of claims is state law.

An appropriate judgment will be entered.

DONE, this the 16th day of December, 2013.


                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE